UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARJAY VANCEAH,

                     Plaintiff,

    -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK and
TIMOTHY DENTY,

                     Defendants.
-------------------------------------------------------X

Case No.: 18-cv-09418 (ER)

**PLAINTIFF'S RESPONSE TO INTERROGATORIES**

Plaintiff, MARJAY VANCEACH, by her attorney THE LAW OFFICE OF RENÉ MYATT hereby responds to defendant, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK interrogatories as follows:

1. Identify each and every person who has knowledge of any facts on which the Complaint if based:

    **Response:**

    Marjay Vanceach
    *Plaintiff*
    REDACTED
    REDACTED

    Timothy Dendy
    *Defendant*
    National Railroad Passenger Corporation
    *d/b/a Amtrak*

    Eugene Wright
    *Employee of Defendant*
    National Railroad Passenger Corporation
    *d/b/a Amtrak*

    Jennifer Montgomery – Dendy told her not to give Ms. Vanceach any more overtime
    *Employee of Defendant*
    National Railroad Passenger Corporation
    *d/b/a Amtrak*

Veronica Hayes – Ms. Vanceach told her what was happening with Dendy; she called Chris Barnes
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Shelton Gray - Ms. Vanceach filed a grievance with him; he never filed the grievance
*Union Representative and*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Amtrak Police Officer Scott – Ms. Vanceach reported the sexual harassment

Amtrak Detective Sharon Paterson – Ms. Vanceach reported sexual harassment

Natasha Joseph – train supervisor
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Lattimore – spoke to Dendy about Ms. Vanceach
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Patrick Howard – has information related to Ms. Vanceah's grievance
*President, TWU, Local 2001*

Alexandra Hyppolite – another woman who was subjected to Dendy's sexual advances
*Employee of Defendant*
*National Railroad Passenger Corporation*

Lawrence Sealy – saw the picture of Dendy's penis on Ms. Vanceach's phone
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Chris Barnes - spoke to Ms. Vanceach about her charges against Dendy.
*Superintendent*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Door – can attest that Dendy appeared at the train cars Ms. Vanceach was clearing
*Employee of Amtrak*

2. Identify each and every person with whom Plaintiff has communicated with concerning any allegations in the Complaint:

**Response:**

Marjay Vanceach
*Plaintiff*
REDACTED
REDACTED

Timothy Dendy
*Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Eugene Wright
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Jennifer Montgomery – Dendy told her not to give Ms. Vanceach any more overtime
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Veronica Hayes – Ms. Vanceach told her what was happening with Dendy; she called Chris Barnes
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Shelton Gray - Ms. Vanceach filed a grievance with him; he never filed the grievance
*Union Representative and*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Amtrak Police Officer Scott – Ms. Vanceach reported the sexual harassment

Amtrak Detective Sharon Paterson – Ms. Vanceach reported sexual harassment

Natasha Joseph – train supervisor
*Employee of Defendant*
*National Railroad Passenger Corporation*

*d/b/a Amtrak*

John Lattimore – had telephone conversation with Dendy about Ms. Vanceach
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Patrick Howard – has information related to Ms. Vanceah's grievance
*President, TWU, Local 2001*

Alexandra Hyppolite – another woman who was subjected to Dendy's sexual advances
*Employee of Defendant*
*National Railroad Passenger Corporation*

Lawrence Sealy – saw the picture of Dendy's penis on Ms. Vanceach's phone
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Chris Barnes   - spoke to Ms. Vanceach about her charges against Dendy.
*Superintendent*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Door – can attest that Dendy appeared at the train cars Ms. Vanceach was clearing
*Employee of Amtrak*

3. Identify each and every person whom Plaintiff believes may have witnessed any of the incidents alleged in the Complaint, and for each and every person, provide a description of the information Plaintiff may be held by said individual:

**Response:**

Eugene Wright
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Jennifer Montgomery – Dendy told her not to give Ms. Vanceach any more overtime
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Veronica Hayes – Ms. Vanceach told her what was happening with Dendy; she called Chris Barnes
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Shelton Gray - Ms. Vanceach filed a grievance with him; he never filed the grievance
*Union Representative and*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Patrick Howard – has information related to Ms. Vanceah's grievance
*President, TWU, Local 2001*

Alexandra Hyppolite – another woman who was subjected to Dendy's sexual advances
*Employee of Defendant*
*National Railroad Passenger Corporation*

Lawrence Sealy – saw the picture of Dendy's penis on Ms. Vanceach's phone
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Chris Barnes - spoke to Ms. Vanceach about her charges against Dendy.
*Superintendent*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Door – can attest that Dendy appeared at the train cars Ms. Vanceach was clearing
*Employee of Amtrak*

Jessica Levilla – was aware that plaintiff was receiving overtime
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

4. Identify all documents provided to Plaintiff by any person concerning any of the allegations in the Complaint.

   **Response:**

*See attached texts between the parties*

5. Identify all documents reflecting Plaintiff's complaints of discrimination, harassment and/or retaliation concerning her employment with Amtrak, whether made internally to Amtrak or elsewhere.

**Response:**

*See attached documents*

6. Identify all Health Care Providers from whom Plaintiff sought treatment, consultation, diagnosis, examination, counseling, or a prescription from January 1, 2011 to the date of trial in this matter.

**Response:**

Not applicable

7. Identify each and every person with whom Plaintiff has been employed since the termination of her employment with Amtrak through the date of trial in this action.

**Response:**

Not applicable

8. Identify each and every person with whom Plaintiff contacted to secure employment after the termination of her employment with Amtrak through the date of trial in this action.

**Response:**

Objection

9. To the extent not identified above, identify each and every source of income to Plaintiff after the termination of her employment with Amtrak through the date of trial in this action.

**Response:**

Objection

10. Identify the "[v]arious employees of Amtrak" who "aided and abetted [Dendy's] acts of retaliation and harassment, as alleged in Paragraph 6 of the Complaint.

**Response:**

Shelton Gray - Ms. Vanceach filed a grievance with him; he never filed the grievance
*Union Representative and
Employee of Defendant
National Railroad Passenger Corporation
d/b/a Amtrak*

Patrick Howard – has information related to Ms. Vanceah's grievance
*President, TWU, Local 2001*

11. Identify the "co-workers" from whom Plaintiff "received complaints … that because she was on probation, she should not be getting overtime, as alleged in Paragraph 24 of the Complaint.

**Response:**

Co-workers who had seniority. Said co-workers are unwilling to reveal their identities for fear of retaliation, including termination.

12. Identify the "foreman," who Plaintiff spoke to about the stoppage of the overtime" and the person who told Plaintiff that Dendy "instructed Jennifer not to give her anymore overtime," as alleged in Paragraph 31 of the Complaint.

**Response:**

Natasha Joseph

13. Identify the individuals comprising the "job population" to whom Dendy released personal video clips on Plaintiff's social media page, as alleged in Paragraph 33 of the Complaint.

**Response:**

The "job population" consists of all the co-workers who worked in the yard, including, but not limited to John Lattimore and Arthur.

14. Identify all mobile devices, including cellular telephones and tablets, providing the make and model number, dates of use, telephone account number(s), and service provider for each device Plaintiff used from August 9, 2017 to the present.

    **Response:**

    Objection

15. Identify all personal email addresses, social networking accounts, professional networking accounts, accounts with blogs or other on-line discussion or chat forums, accounts with internet or any other accounts with on-line sites, services, blogs, wikis or message boards, that Plaintiff has used or maintained that Plaintiff has used to create, store, or disseminate communications, documents, or any other information relating to the claims and defenses in this lawsuit.

    **Response:**

    Objection

16. Identify each and every person with knowledge or information concerning Plaintiff's alleged damages, including, but not limited to the allegation that Plaintiff "suffered damage to [your] career path, adverse job consequences, including economic damages, and continues to suffer damages, including severe mental, physical and emotional stress, pain and suffering, anxiety, stress, humiliation, personal sickness, loss enjoyment of life and damage to [your] reputation and career" as alleged in Paragraph 42 of the Complaint.

    **Response:**

    Veronica Haynes – manager at Amtrak

17. With respect to Plaintiff's claims for damages in this action, state the nature and amount of damages sought. In the answer, include the method of calculation for each element of damages.

**Response:**

While Plaintiff was employed by Amtrak, she earned $41,000.00 annually. If she remained employed with Amtrak and reached the maximum earned by a coach cleaner, she would have earned $1,514,430.00.

18. With respect to Plaintiff's claim for attorney's fees and costs, state the amount and method of computation of any attorney's fees and costs Plaintiff agreed to pay. In describing the method of computation, state the basis on which counsel has been retained.

**Response:**

Plaintiff's counsel has been retained on a contingency basis.

19. Identify the benefits received from each application for unemployment insurance benefits since Plaintiff's termination from Amtrak to the date of the trial in this action.

**Response:**

$10,629.27

20. Identify each and every person, other than legal counsel, who assisted Plaintiff in preparing the responses to these interrogatories.

**Response:**

No one

21. Identify each and every individual that Plaintiff expects to call at trial as a witness.

**Response:**

Marjay Vanceach
*Plaintiff*

REDACTED et
REDACTED

Timothy Dendy
*Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Eugene Wright
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Jennifer Montgomery – Dendy told her not to give Ms. Vanceach any more overtime
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Veronica Hayes – told Ms. Vanceach to call the hotline and she told Chris Barnes
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Shelton Gray – falsely told Ms. Vanceach the he filed her grievance with Felix Hall; Felix Hall questioned Shelton Gray about the grievance, that is when Shelton Gray filed the grievance
*Union Representative and*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Amtrak Police Officer Scott – Ms. Vanceach reported the sexual harassment

Amtrak Detective Sharon Paterson – Ms. Vanceach reported sexual harassment

Natasha Joseph
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Lattimore – spoke to Dendy about Ms. Vanceach
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Patrick Howard – has information related to Ms. Vanceah's grievance

*President, TWU, Local 2001*

Alexandra Hyppolite – another woman who was subjected to Dendy's sexual advances
*Employee of Defendant*
*National Railroad Passenger Corporation*

Lawrence Sealy –saw the picture of Dendy's penis on Ms. Vanceach's phone
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Chris Barnes  - spoke to Ms. Vanceach about Dendy
*Superintendent*
*Employee of Defendant*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

John Door – can attest that Dendy appeared at the train cars Ms. Vanceach was clearing
*Employee of Amtrak*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

Terrence Rowland – union representative who spoke to Dendy about Ms. Vanceach
*Employee of Amtrak*
*National Railroad Passenger Corporation*
*d/b/a Amtrak*

22. Identify each and every individual that Plaintiff expects to call at trial as an expert witness, including the field of expertise of each such individual.

**Response:**

None designated yet

23. Identify, to the extent not requested above, all documents that concern the allegations in the Complaint, including any alleged damages in this action.

**Response:**

None known

Dated: Hollis, New York
November 6, 2019

*[signature]*

RENÉ MYATT, ESQ.
*Attorney for Plaintiff*
**MARJAY VANCEACH**
204-04 Hillside Avenue, 2nd Floor
Hollis, NY 11423
(718) 468-3588
myattlegal@aol.com

TO: LITTLER MENDELSON, P.C.
*Attorneys for Defendant*
**NATIONAL RAILROAD PASSENGER CORPORATION d/b/a/ AMTRAK**
290 Broadhollow Road, Suite 305
Melville, NY 11747
(631) 247-4700
rgidseg@littler.com
kspina@littler.com

PAWAR LAW GROUP, P.C.
Robert Blossner and Vik Pawar, Esqs.
*Attorneys for Defendant*
**TIMOTHY DENDY**
20 Vesey Street, Suite 1210
New York, NY 10007
(212) 571-0805
vik@pawarlaw.com