**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARJAY VANCEAH,

                       Plaintiff,

    -against-                                              18 **CIVIL** 9418 (ER)

                                                           **JUDGMENT**

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK and
TIMOTHY DENTY,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 1, 2022, Amtrak's motion is GRANTED.

The Court has dismissed all of Vanceah's claims with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 2, 2022

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                                   **BY:**      _K. Mango_
                                                   _____
                                                   **Deputy Clerk**